UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60687-CIV-ZLOCH

SANTIAGO ABREU,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

AL-KARIM DONUTS, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Santiago Abreu's Notice Of Voluntary Dismissal With Prejudice (DE 6). The Court has carefully reviewed said Notice, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Santiago Abreu's Notice Of Voluntary Dismissal With Prejudice (DE 6) be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of June, 2016.

    _____
    WILLIAM J. ZLOCH
    United States District Judge

Copies furnished:

All Counsel of Record